MARC L. TURMAN (11967) Mturman@cnmlaw.com
JACOB D. LYONS (12161) jdlyons@cnmlaw.com
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127

Attorneys for Plaintiff Angelo G. Wright

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ANGELO G. WRIGHT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>State of Utah, et. al,<br><br>　　　　Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:06-cv-00542<br><br>Judge Ted Stewart |

　　　　Notice is hereby given of the entry of appearance of Marc L. Turman and Jacob D. Lyons, of the law firm Callister Nebeker & McCullough, as co-counsel in this matter for plaintiff Angelo G. Wright. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed and served upon:

Marc L. Turman
Jacob D. Lyons
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, Utah 84133

DATED: February 3, 2010

        CALLISTER NEBEKER & McCULLOUGH

        */s/ Jacob D. Lyons*
        Marc L. Turman
        Jacob D. Lyons
        Attorneys for Plaintiff Angelo G. Wright

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was served via the Court's electronic mail this 3rd day of February, 2010, to the following:

>John P. Soltis
>Joni J. Jones
>UTAH ATTORNEY GENERAL'S OFFICE
>160 E 300 S 6th Floor
>PO Box 140856
>Salt Lake City, UT 84114-0856

/s/ *Jacob D. Lyons*